Helen Jensen, Appellant, v. City of Chicago, Appellee.

Gen. No. 41,208.

opinion filed June 19, 1940.
V. Russell Donaghy, for appellant; David A. Schallman and Joseph P. Power, of counsel; Barnet Hodes, Corporation Counsel, for appellee; Alexander J. Resa, L. Louis Karton and Louis H. Geiman, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."